## (February 28, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNESTO ORTIZ, Appellant.— Judgment, Supreme Court, Bronx County, rendered on March 2, 1972, upon defendant's plea of guilty, unanimously reversed, on the law, the sentence vacated, and the case remittted to the Criminal Term of the Supreme Court, Bronx County, for resentencing. Failure of the sentencing court to grant defendant an opportunity to be heard before sentencing, as required by CPL 380.50, necessitates a reversal of the sentence and a remand for resentencing only (*People* v. *Lotz,* 42 A D 2d 900; *People* v. *Williams,* 42 A D 2d 931; *People* v. *Rojas,* 42 A D 2d 945). Concur — Markewich, J. P., Nunez, Murphy, Tilzer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL RUIZ, Appellant.— Judgment, Supreme Court, Bronx County, rendered on March 27, 1972, upon defendant's plea of guilty, unanimously reversed, on the law, the sentence vacated, and the case remitted to the Criminal Term of the Supreme Court, Bronx County, for resentencing. The sentencing court did not grant defendant an opportunity to be heard before sentencing as required by CPL 380.50. Failure to do so constitutes error necessitating a reversal of the sentence and a remand for resentencing only (*People* v. *Lotz,* 42 A D 2d 900; *People* v. *Williams,* 42 A D 2d 931; *People* v. *Rojas,* 42 A D 2d 945). Concur — Markewich, J. P., Nunez, Murphy, Tilzer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED WHITAKER, Appellant.— Judgment, Supreme Court, New York County, rendered on September 22, 1972, upon defendant's plea of guilty, unanimously reversed, on the law, the sentence vacated and the case remitted to the Criminal Term of the Supreme Court, New York County, for resentencing. The sentencing court did not grant defendant an opportunity to be heard before sentencing as required by CPL 380.50. Failure to do so constitutes error necessitating a reversal of the sentence and a remand for resentencing only (*People* v. *Lotz,* 42 A D 2d 900; *People* v. *Williams,* 42 A D 2d 931; *People* v. *Rojas,* 42 A D 2d 945). Concur — Nunez, J. P., Steuer, Capozzoli, Lane and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WINOGRAD, Appellant.— Judgment, Supreme Court, New York County, rendered on January 3, 1972, unnimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Nunez, J. P., Kupferman, Murphy, Tilzer and Moore, JJ.